THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH MURPHY, MICHAEL KANE, JOHN RYAN, ALBERT ACKALITIES, FRANK CAMPBELL, JOSEPH DEVINE, JEAN MARTIN, MARY DALEY and MADELINE TULLY, Appellants.

Argued November 15, 1937; decided January 4, 1938.

*Harry G. Anderson* and *Charles Gertler* for Joseph Murphy et al., appellants.

*Harry G. Anderson* and *Charles Conway* for John Ryan, appellant.

*Osmond K. Fraenkel* for Madeline Tully, appellant.

*William Copeland Dodge, District Attorney (Felix C. Benvenga, Abraham J. Gellinoff* and *Charles Pilatsky* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Dissenting: LEHMAN, J.